UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA FRANK, ) | |
| ) | Case No.:  2:13-cv-01603-GMN-NJK |
| Plaintiffs, ) | |
| vs. ) | **ORDER ACCEPTING REPORT &** |
| ) | **RECOMMENDATION OF MAGISTRATE** |
| ROHAN EARL MASCARENHAS, et al., ) | **JUDGE NANCY J. KOPPE** |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 19) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered October 18, 2013, regarding Plaintiff's Motion to Remand (ECF No. 10), filed on September 27, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by November 4, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand (ECF No. 10), is hereby **GRANTED in part** and **DENIED in part**.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Eighth Judicial District Court for the State of Nevada, County of Clark.

**IT IS FURTHER ORDERED** that Plaintiff's request for an award of attorney's fees is hereby **DENIED**.

**DATED** this 5th day of October, 2013.

_____
Gloria M. Navarro
United States District Court